**Fill in this information to identify the case:**

Debtor name: Fiesta Cab Company

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | BOKF, NA dba Bank of Texas 5 Houston Center 1401 McKinney, Ste 1000 Houston, TX 77010 | | PPP loans | | | | $2,162,039.00 |
| 2 | AFCO Premium Credit LLC 5600 N River Road, Ste 400 Rosemont, IL 60018-5187 | | Insurance premiums | | | | $498,081.00 |
| 3 | Gascoyne & Bullion PC 77 Sugar Creek Center Blvd Suite 280 Sugar Land, TX 77478 | | Legal fees | | | | $8,537.50 |